IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-2319-JLK**

**MYRON RAY CARTER,**

    Plaintiff,

v.

**GARY NEET and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,**

    Defendant.

## ORDER

Kane, J.

This case was dismissed on January 13, 2003 by order of this court. Plaintiff appealed the matter to the 10th Circuit Court of Appeals, and that appeal was dismissed for failure to prosecute on July 25, 2003. There is no open case in which Mr. Carter can file pleadings, therefore, his Motion for Temporary Restraining Order and Complaint for Preliminary and Permanent Injunction (doc. #104), filed September 9, 2005, is **STRICKEN.**

    Dated: September 14, 2005

                                        BY THE COURT:

                                        **S/John L. Kane**
                                        Senior Judge, United States District Court